STATE OF OREGON,
*Appellant,*

*v.*

JERRY A. HOFFMAN,
*Respondent.*

(M 166979; CA A25626)

664 P2d 1154

Alta J. Brady, Certified Law Student, Salem, argued the cause for appellant. With him on the brief was Dave Frohnmayer, Attorney General, William F. Gary, Solicitor General, and Virginia L. Linder, Assistant Attorney General, Salem.

Mark Smolak, Portland, argued the cause and filed the brief for respondent.

Before Gillette, Presiding Judge, and Warden and Young, Judges.

PER CURIAM.

## PER CURIAM

In this driving while suspended case, the trial court's conclusion that the notice by mail provisions of ORS 482.570 are unconstitutional was incorrect.

Reversed and remanded for trial.